# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-41720 |
| | § | |
| KIMBERLY S. WILLIAMS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 10/15/2014, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/22/2014        By: /s/ David P. Leibowitz
                                   Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                          §      Case No. 13-41720
                                §
KIMBERLY S. WILLIAMS            §
                                §
                                §
                                §
            Debtor(s)           §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                    $2,806.00
*and approved disbursements of*                                           $527.45
*leaving a balance on hand of[1]:*                                      $2,278.55

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:         $0.00
Remaining balance:                         $2,278.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $572.73 | $0.00 | $572.73 |
| David P. Leibowitz, Trustee Expenses | $3.18 | $0.00 | $3.18 |

Total to be paid for chapter 7 administrative expenses:   $575.91
Remaining balance:                                      $1,702.64

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:                                       $1,702.64

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,702.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $97,239.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Capital One Bank (USA), N.A. | $3,229.60 | $0.00 | $56.55 |
| 2 | American Express Centurion Bank | $5,935.03 | $0.00 | $103.92 |
| 3 | Dept of Education | $88,075.14 | $0.00 | $1,542.17 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,702.64 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata*

UST Form 101-7-NFR (10/1/2010)

only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
                 Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-41720-CAD
Kimberly S. Williams                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: nmolina              Page 1 of 2         Date Rcvd: Sep 23, 2014
                             Form ID: pdf006            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2014.
```
db         +Kimberly S. Williams,    55 N Arbor Trails Apt. 501,    Park Forest, IL 60466-2678
21147139   +AES IN CT,    1200 N 7TH AVE,    HARRISBURG, PA 17102-1419
21147140   +AMERICAN EXPRESS,    570 SARATOGA CIRCLE,    ALGONQUIN, IL 60102-6839
21147156   +AUTUMN RIDGE,    119 SYCAMORE DR,    PARK FOREST, IL 60466-2607
21505904    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
21147147   +BAY AREA CREDIT,    PO BOX 468449,    ATLANTA, GA 31146-8449
21147142  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE,    PO BOX 85520,    RICHMOND, VA 23285)
21147141   +CAPITAL ONE/BEST BUY,    26525 N RIVERWOODS BLVD,    METTAWA, IL 60045-3438
21147144   +CI1Y OF CIDCAGO HEIGHTS,    MUNICIPAL COLLECTIONS SVC,    PO BOX 327,
             PALOS HEIGHTS, IL 60463-0327
21147143   +CITI,    PO BOX 624l,    SIOUX FALLS, SD 57101
21147145   +CITY OF PARK FOREST,    350 VICTORY DR,    PARK FOREST, lL 60466-2068
21147146   +CREDIT MANAGEMENT LP,    PO BOX 118288,    CARROLLTON, TX 75011-8288
21718266    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC 28272-1083
21951754    Dept of Education,    FedLoan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
21147150   +HEALTH LAB/CENTRAL DUPAGE HOSPITAL,    PO BOX 4090,    CAROL STREAM, IL 60197-4090
21147149   +KAY JEWELERS,    PO BOX 1799,    AKRON, OH 44309-1799
21147152    PERFORMANCE MANAGEMENT,    2081644THAVE,    LYNWOOD, WA 98036
21147153    PROGRESSIVE FINANCIAL,    11629S 700E,    DRAPER, UT 84020
21147137   +SANTANDER CONSUMER USA,    PO BOX 961245,    FT WORTH, TX 76161-0244
21147157   +SHACQUETTA JOHNSON,    17006 PINE COURT,    HAZEL CREST, IL 60429-1051
21147155   +US FEDERAL LOAN SERVCING,    PO BOX 69184,    HARRSIBIURG, PA 17106-9184
21147154    VISION FINANCIAL SERVICES,    PO BOX 11768,    LAPORTE, IN 46352
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21147151    Fax: 847-227-2151 Sep 24 2014 00:12:35    MRSI,    2250 DEVON A VE STE 352,
             DES PLAINES, IL 60018
21147138   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 23 2014 23:51:02    REGIONAL ACCEPTANCE,
             765 ELA RD STE. 205,    LAKE ZURICH, IL 60047-6305
21188598    E-mail/PDF: rmscedi@recoverycorp.com Sep 23 2014 23:50:13    The Bureaus, Inc.,
             c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21795698*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21147158*    +REGIONAL ACCEPTANCE,    765 ELA RD. STE 205,    LAKE ZURICH, IL 60047-6305
21147148    ##+THE BUREAUS INC.,    1717 CENTRAL ST,    EVANSTON, IL 60201-1507
                                                                                 TOTALS: 0, * 2, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: nmolina              Page 2 of 2            Date Rcvd: Sep 23, 2014
                              Form ID: pdf006            Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2014 at the address(es) listed below:
        David P Leibowitz, ESQ   dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 2