**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-41720 |
| | § | |
| KIMBERLY S. WILLIAMS | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $24,849.00 | | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $1,702.64 | | Claims Discharged Without Payment: | $153,955.13 |
| Total Expenses of Administration: | $588.29 | | | |

3)    Total gross receipts of $2,806.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $515.07 (see **Exhibit 2**), yielded net receipts of $2,290.93 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $588.29 | $588.29 | $588.29 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $103,925.00 | $97,239.77 | $97,239.77 | $1,702.64 |
| **Total Disbursements** | $103,925.00 | $97,828.06 | $97,828.06 | $2,290.93 |

4). This case was originally filed under chapter 7 on 10/25/2013. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2015          By:   /s/ David P. Leibowitz

                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Tax Return | 1224-000 | $2,806.00 |
| **TOTAL GROSS RECEIPTS** | | $2,806.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| KIMBERLY WILLIAMS | Exemptions | 8100-002 | $515.07 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $515.07 |

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $572.73 | $572.73 | $572.73 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.18 | $3.18 | $3.18 |
| Green Bank | 2600-000 | NA | $12.38 | $12.38 | $12.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $588.29 | $588.29 | $588.29 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-900 | $3,204.00 | $3,229.60 | $3,229.60 | $56.55 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | American Express Centurion Bank | 7100-900 | $5,749.00 | $5,935.03 | $5,935.03 | $103.92 |
| 3 | Dept of Education | 7100-000 | $36,554.00 | $88,075.14 | $88,075.14 | $1,542.17 |
| | AES/NCT | 7100-000 | $8,250.00 | $0.00 | $0.00 | $0.00 |
| | Bay Area Credit | 7100-000 | $44.00 | $0.00 | $0.00 | $0.00 |
| | Capital One/Best Buy | 7100-000 | $2,741.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $2,205.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago Heights | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | City of Park Forest | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| | Credit Management LP | 7100-000 | $793.00 | $0.00 | $0.00 | $0.00 |
| | Health Lab/Cetran Dupage Hospital | 7100-000 | $397.00 | $0.00 | $0.00 | $0.00 |
| | Key Jewelers | 7100-000 | $1,712.00 | $0.00 | $0.00 | $0.00 |
| | MRSI | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| | MRSI | 7100-000 | $220.00 | $0.00 | $0.00 | $0.00 |
| | Performance Management | 7100-000 | $196.00 | $0.00 | $0.00 | $0.00 |
| | Progressive Financial | 7100-000 | $3,390.00 | $0.00 | $0.00 | $0.00 |
| | The Bureaus Inc. | 7100-000 | $2,850.00 | $0.00 | $0.00 | $0.00 |
| | US Federal Loan Servicing | 7100-000 | $10,250.00 | $0.00 | $0.00 | $0.00 |
| | US Federal Loan Servicing | 7100-000 | $24,770.00 | $0.00 | $0.00 | $0.00 |
| | Vision Financial Services | 7100-000 | $150.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $103,925.00 | $97,239.77 | $97,239.77 | $1,702.64 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 13-41720-CAD | |
| **Case Name:** | WILLIAMS, KIMBERLY S. | |
| **For the Period Ending:** | 2/19/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 10/25/2013 (f) |
| **§341(a) Meeting Date:** | 12/06/2013 |
| **Claims Bar Date:** | 06/03/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Tax Return (u) | $0.00 | $2,806.00 | | $2,806.00 | FA |
| 2 | Cash - (Residence) | $50.00 | $50.00 | | $0.00 | FA |
| 3 | Chase #7199 & #0996 Credit Union ONe #2183 Fidelity -Employer Sponsered 401K | $4,910.00 | $4,910.00 | | $0.00 | FA |
| 4 | Security Deposit (Autumn Ridge Apts) 119 Sycamore Dr., Park Forest, IL | $300.00 | $300.00 | | $0.00 | FA |
| 5 | Clothing | $1,800.00 | $1,800.00 | | $0.00 | FA |
| 6 | 2013 Chevy Malibu-Residence | $16,589.00 | $0.00 | | $0.00 | FA |
| 7 | Furniture, Appliances, TV, Personal Computer and Stereo | $1,200.00 | $1,200.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                    **Gross Value of Remaining Assets**

| | | | | |
|---|---|---|---|---|
| $24,849.00 | $11,066.00 | | $2,806.00 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/28/2014 | TFR completed for Trustee's review. |
| 06/30/2014 | TFR to be completed third quarter 2014 |
| 12/18/2013 | Tax Intercept Completed |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 |
| **Current Projected Date Of Final Report (TFR):** | |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

Case 13-41720 Doc 27 Filed 03/20/15 Entered 03/20/15 11:20:27 Desc Main
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document Page 6 of 7

Exhibit 9

| | | | |
|---|---|---|---|
| **Case No.** | 13-41720-CAD | **Trustee Name:** | David Leibowitz |
| **Case Name:** | WILLIAMS, KIMBERLY S. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2654 | **Checking Acct #:** | ******2001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 10/25/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/19/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/21/2014 | (1) | United States Treasury | Tax Return | 1224-000 | $2,806.00 | | $2,806.00 |
| 04/28/2014 | 3001 | KIMBERLY WILLIAMS | Entitled Portion of Tax Refund. | 8100-002 | | $515.07 | $2,290.93 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.31 | $2,289.62 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.94 | $2,285.68 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.45 | $2,282.23 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $3.68 | $2,278.55 |
| 10/16/2014 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $572.73 | $1,705.82 |
| 10/16/2014 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.18 | $1,702.64 |
| 10/16/2014 | 3004 | Dept of Education | Claim #: 3; Amount Claimed: 88,075.14; Amount Allowed: 88,075.14; Distribution Dividend: 1.75; | 7100-000 | | $1,542.17 | $160.47 |
| 10/16/2014 | 3005 | Capital One Bank (USA), N.A. | Claim #: 1; Amount Claimed: 3,229.60; Amount Allowed: 3,229.60; Distribution Dividend: 1.75; | 7100-900 | | $56.55 | $103.92 |
| 10/16/2014 | 3006 | American Express Centurion Bank | Claim #: 2; Amount Claimed: 5,935.03; Amount Allowed: 5,935.03; Distribution Dividend: 1.75; | 7100-900 | | $103.92 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $2,806.00 | $2,806.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $2,806.00 | $2,806.00 | |
| **Less: Payments to debtors** | $0.00 | $515.07 | |
| **Net** | $2,806.00 | $2,290.93 | |

| **For the period of 10/25/2013 to 2/19/2015** | | **For the entire history of the account between 04/21/2014 to 2/19/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,806.00 | Total Compensable Receipts: | $2,806.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,806.00 | Total Comp/Non Comp Receipts: | $2,806.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,290.93 | Total Compensable Disbursements: | $2,290.93 |
| Total Non-Compensable Disbursements: | $515.07 | Total Non-Compensable Disbursements: | $515.07 |
| Total Comp/Non Comp Disbursements: | $2,806.00 | Total Comp/Non Comp Disbursements: | $2,806.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Case 13-41720   Doc 27   Filed 03/20/15   Entered 03/20/15 11:20:27   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 7 of 7

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 13-41720-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | WILLIAMS, KIMBERLY S. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***2654 | **Checking Acct #:** ******2001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 10/25/2013 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 2/19/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $2,806.00 | $2,806.00 | $0.00 |

**For the period of 10/25/2013 to 2/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,806.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,806.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,290.93 |
| Total Non-Compensable Disbursements: | $515.07 |
| Total Comp/Non Comp Disbursements: | $2,806.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/25/2013 to 2/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $2,806.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,806.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,290.93 |
| Total Non-Compensable Disbursements: | $515.07 |
| Total Comp/Non Comp Disbursements: | $2,806.00 |
| Total Internal/Transfer Disbursements: | $0.00 |